Lottie Loew, Respondent, v. Charles A. McInerney and Others, Appellants.— Motion denied, without costs, but the plaintiff may have an extension of ten days from the date of the entry of this order to comply with the

terms of the order originally entered. Present—Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.